**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MICHAEL DEWAYNE MCCRAY,**
**ADC #165654**                                                                                                              **PLAINTIFF**

**V.**                                    **CASE NO. 4:20-CV-235-JM-BD**

**JAY WINTERS,** *et al***.**                                                                                                    **DEFENDANTS**

### ORDER

The Court has received a Recommendation for dismissal of the Doe Defendants from Magistrate Judge Beth Deere; and the parties have not filed objections. After careful review, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. McCray's claims against the John and Jane Doe Defendants are DISMISSED, without prejudice. The Clerk is instructed to terminate the John and Jane Does as party Defendants.

IT IS SO ORDERED, this 26th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE