IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL DEWAYNE MCCRAY,
ADC #165654                                                                                                PLAINTIFF

V.                              CASE NO. 4:20-CV-235-JM-BD

JAY WINTERS, *et al.*                                                                                    DEFENDANTS

## ORDER

The Court has received a Recommendation filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Defendants' motion for partial summary judgment (Doc. No. 37) is DENIED.

IT IS SO ORDERED this 2nd day of February, 2021.

_____
UNITED STATES DISTRICT JUDGE