IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL DEWAYNE MCCRAY                                             PLAINTIFF
ADC #165654

V.                          NO. 4:20-cv-00235-JM-ERE

JAY WINTERS, *et al.*                                             DEFENDANTS

## ORDER

Now pending before the Court is Plaintiff Michael DeWayne McCray's motion for a Court Order compelling the Defendants to respond to his third request for production of documents. *Doc. 87.* Defendants have responded to Mr. McCray's motion *(Doc. 91)* explaining that Mr. McCray filed the discovery requests at issue with the Court (*Doc. 80*) rather than mailing those requests to counsel for the Defendants, as the Court specifically instructed Mr. McCray to do in its Initial Order. See *Doc. 2.* While the Court agrees that Mr. McCray should have mailed those requests to counsel for the Defendants, Defendants were not excused from responding to Mr. McCray's discovery requests. However, at this time, discovery is closed, and Defendants have moved for judgment on the pleadings. See *Docs. 74, 89.* Mr. McCray does not need responses to the outstanding discovery to respond to the pending motion for judgment on the pleadings. Therefore, the Court will resolve this pending motion before requiring Defendants to answer the discovery.

Mr. McCray's response to Defendants' motion for judgment on the pleadings must be filed by **Friday, September 24, 2021**.

Accordingly, Mr. McCray's motion to compel *(Doc. 87)* is DENIED IN PART and GRANTED IN PART. If any of Mr. McCray's claims remain after the Court rules on the Defendants' motion for judgment on the pleadings, Defendants must respond to Mr. McCray's outstanding discovery requests within fourteen (14) days of any ruling allowing any claims to proceed.[1]

IT IS SO ORDERED this 10th day of September, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The time for Defendants to file discovery responses will run from the date the United States District Judge presiding over this case adopts any Recommendation on the pending motion for judgment on the pleadings.