IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL DEWAYNE MCCRAY**                                             **PLAINTIFF**
**ADC #165654**

V.                          NO. 4:20-cv-00235-JM-ERE

**DALE REED, Chief Deputy**
**Director of ADC,** *et al.*                                                   **DEFENDANTS**

## ORDER

The Court has received a Recommendation, filed by Magistrate Judge Edie R. Ervin, for granting Defendants' Motion for Judgment on the Pleadings. After careful review of the Recommendation, Mr. Raper's timely objections, as well as a de novo review of the record, the Court approves and adopts the Recommendation in all respects.

Accordingly, Defendants' Motion for Judgment on the Pleadings *(Doc. 89)* is GRANTED and this case is DISMISSED, with prejudice.

IT IS SO ORDERED, this 14th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE