**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**MICHAEL DEWAYNE MCCRAY**                                              **PLAINTIFF**
**ADC #165654**

**V.**                                **NO. 4:20-cv-00235-JM-ERE**

**DALE REED, Chief Deputy**
**Director of ADC,** *et al.*                                          **DEFENDANTS**

<u>**JUDGMENT**</u>

    Consistent with the Order entered today, judgment is entered for Defendants and this case

is DISMISSED, with prejudice.

    IT IS SO ORDERED, this 14th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE